**SO ORDERED.**

Dated: May 19, 2010



_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**
_____

**TIFFANY & BOSCO**
P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-10260

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Jeffrey Lewis Moore and Michele Anne Moore<br><br>Debtors.<br>──────────────────────────<br>Bank of America, National Association, as successor by merger to LaSalle Bank National Association, as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2005-3 Asset Backed Notes<br><br>Movant,<br><br>vs.<br><br>Jeffrey Lewis Moore and Michele Anne Moore, Debtors, Edward J. Maney, Trustee.<br><br>Respondents. | No. 2:09-BK-30515-RTBP<br><br>Chapter 13<br><br>ORDER<br><br>(Related to Docket #31) |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated June 14, 2005 and recorded in the office of the Yavapai County Recorder wherein Bank of America, National Association, as successor by merger to LaSalle Bank National Association, as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2005-3 Asset Backed Notes is the current beneficiary and Jeffrey Lewis Moore and Michele Anne Moore have an interest in, further described as:

> Lot 29, Pine Creek Unit Two, in the City of Sedona, County of Yavapai, State of Arizona, as shown on map filed in Book 14, Page 27 of Maps, in the office of the County Recorder of said County.

Assessor's Parcel No: 405-33-454

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.